GRACE A. JONES, Respondent, v. CLARA L. LOOMIS and Another, as Executors, etc., Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event, upon the ground that the verdict is excessive, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $420 as of the date of the rendition

thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except De Angelis, J., not voting.